Theodore R. STEELE *v.* STATE of Arkansas

CR 05-237                                                   206 S.W.3d 248

Supreme Court of Arkansas
Opinion delivered March 31, 2005

*R. Paul Hughes*, for appellant.

No response.

PER CURIAM. R. Paul Hughes, a full-time, state-salaried public defender in Sebastian County, Arkansas, was ap-

pointed by the trial court to represent appellant, Theodore R. Steele, an indigent defendant. A timely notice of appeal was filed with the circuit clerk, pursuant to Ark. R. App. P. – Crim. 10, and the record was timely lodged in this court.

Hughes now asks to be relieved as counsel for appellant in this criminal appeal, based upon the cases of *Rushing v. State*, 340 Ark. 84, 8 S.W. 484 (2000) (holding that full-time, state-salaried public defenders were ineligible for compensation for their work on appeal), and *Tester v. State*, 341 Ark. 281, 16 S.W.3d 227 (2000) (*per curiam*) (relieving appellant's court-appointed public defender and appointing new counsel on appeal).

Since the time of those decisions, the law was changed by the General Assembly. Act 1370 of 2001 provides in part: "[P]ersons employed as full-time public defenders, who are not provided a state-funded secretary, may also seek compensation for appellate work from the Arkansas Supreme Court or the Arkansas Court of Appeals." That provision is now codified as Ark. Code Ann. § 19-4-1604(b)(2)(B) (Supp. 2001).

Hughes's motion states that he is provided with a full-time, state-funded secretary. Accordingly, we grant his motion to withdraw as attorney. Mac Golden will be substituted as attorney for appellant in this matter. The Clerk will establish a new briefing schedule.